# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **IKECHUKWU E. OKOLO**<br>*Plaintiff,* | § § § § | |
| v. | § § § | **CIVIL ACTION:**<br>4:21-cv-01517 |
| | § § § § § § | |
| **SERVIS ONE, INC., D/B/A**<br>**BSI FINANCIAL SERVICES, INC.**<br>*Defendant(s).* | § § § § § | |

## DEFENDANT SERVIS ONE, INC., D/B/A BSI FINANCIAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 Defendant SERVIS ONE, INC., D/B/A BSI FINANCIAL SERVICES, INC. provides the following information:

### I.   CORPORATE DISCLOSURE STATEMENT

1.   BSI FINANCIAL SERVICES, INC., a Delaware corporation, is wholly owned by BSI Financial Holdings, Inc. BSI Financial Holdings, Inc., is not a publicly traded corporation. No publicly traded corporation owns 10% or more of BSI Financial Holding, Inc.'s stock.

### II.   CERTIFICATE OF INTERESTED PARTIES

2.   The following parties may be financially interested in the outcome of the present case:

   a.   BSI FINANCIAL SERVICES, INC.;

   b.   BSI Financial Holdings, Inc.;

   c.   IKECHUKWU E. OKOLO.

*Respectfully Submitted,*

JACK O'BOYLE & ASSOCIATES

  /s/ Travis H. Gray
Travis H. Gray
SBN: 24044965
SD TX BAR NO.: 1115733
travis@jackoboyle.com
Chris S. Ferguson
SBN:  24068714
chris@jackoboyle.com
P.O. BOX 815369
DALLAS, TX 75381
P: 972.247.0653 | F: 972.247.0642
*ATTORNEYS FOR SERVIS ONE, INC., D/B/A BSI FINANCIAL SERVICES, INC.*

## CERTIFICATE OF SERVICE

This is to certify that a true, correct and complete copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on May 10, 2021 to:

Arturo Eureste
THE LAW OFFICE OF ARTURO EURESTE
P.O. BOX 2884
HOUSTON, TX  77002
P: 713.624.1010
F: 713.624.1090
E: art@eurestelaw.com
*COUNSEL FOR PLAINTIFF IKECHUKWU E. OKOLO*

  /s/ Travis H. Gray
Travis H. Gray